# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 25, 2025

*By ECF and e-mail*

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jason Valdes and Nelson Torres Torres*, 25 Cr. 242 (LAP)

Dear Judge Preska:

      I represent Nelson Torres Torres, and write on consent of the Pretrial Services Office (Officer Francesca Tessier) to respectfully request that the Court permit Mr. Torres to travel to Florida from August 28, 2025 to September 2, 2025 to visit with his 11-year-old daughter. I have contacted the Government – Assistant U.S. Attorney Connie Dang – to ascertain its position on the request. While I have yet to hear back, I have no reason to believe it would oppose the requested travel.

      On February 20, 2025, Mr. Torres was arrested in the District of Puerto Rico, where he lives, pursuant to Rule 5(c)(3). He was released on conditions, and appeared in this district on March 5, 2025, at which time additional bail conditions were set, including a $10,000 personal recognizance bond co-signed by two financially responsible persons. Mr. Torres then returned to Puerto Rico. On May 27, 2025, an indictment was filed charging Mr. Torres with participating in a conspiracy to distribute narcotics, in violation of 21 U.S.C. § 846. Since his arrest in February, Mr. Torres Torres has been wholly compliant with all the conditions of his release.

      Mr. Torres respectfully requests that he be allowed to travel to Florida to visit his 11-year-old daughter and her mother from August 28, 2025 to September 2, 2025. Mr. Torres will be accompanied by Erica Rivera, the woman who has cared for him since he was a child, and who is a cosigner on the bond. Mr. Torres will provide Pretrial Services in the SDNY and the Probation Office in the District of Puerto Rico with his itinerary and contact information in advance of travel.

      Thank you for your consideration of this request.

Honorable Loretta A. Preska                                                                 Page 2
August 25, 2025

Re:     *United States v. Valdes*, 25 Cr. 242 (LAP)

                                  Respectfully submitted,

                                  /s/

                                Martin S. Cohen
                                Ass't Federal Defender
                                Tel.: (212) 417-8737

cc:     All counsel of record, by ECF
        Francesca Tessier, U.S. Pretrial Officer, by e-mail
        Ariana Guzman-Garcia, U.S. Probation Officer, by e-mail

```
           The request to travel to Florida from
           August 28, 2025 to September 2, 2025 is granted.
           The Clerk of the Court shall close dkt. no. 30.  SO
           ORDERED.
```

*[signature: Loretta A. Preska]*

```
           Loretta A. Preska
           United States District Judge

           August 26, 2025
           New York, New York
```