# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 22, 2025

*By e-mail*

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Nelson Torres Torres*, 25 Cr. 242 (LAP)

Dear Judge Preska:

      I write on consent (Pretrial Services Officer Francesca Tessier) to respectfully request that the Court modify Mr. Torres Torres's bail conditions to permit him to relocate from Puerto Rico to Orlando, Florida to be closer to his 12-year-old daughter. The Government – per Assistant U.S. Attorney Connie Dang – defers to Pretrial Services.

      Nelson Torres Torres lives in the District of Puerto Rico. After his arrest in February 2025, Mr. Torres Torres's 12-year-old daughter and her mother moved to Orlando, Florida, where their extended family lived. Mr. Torres Torres now seeks to move to Orlando so that he can better care for his daughter during the pendency of this case. He has a place to live there, and has a job lined up.

      Since his arrest in February 2025, Mr. Torres Torres has been wholly compliant with all the conditions of release. As noted above, Pretrial has no objection to the request, and will coordinate supervision with the Middle District of Florida.

      Accordingly, I respectfully request that the Court modify Mr. Torres Torres's bail condition by adding the Middle District of Florida to his approved locations, so that the travel provision reads: *"Travel restricted to Southern/Eastern Districts of New York, the District of Puerto Rico, and the Middle District of Florida, with points in-between for court purposes and attorney meetings only."*

      Thank you for your consideration of this request.

**SO ORDERED**

*/s/ Loretta A. Preska*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

9/23/25

Honorable Loretta A. Preska            Page 2
September 22, 2025

Re:   *United States v. Nelson Torres Torres*, 25 Cr. 242 (LAP)

                                     Respectfully submitted,

                                     /s/
                                     _____
                                     Martin S. Cohen
                                     Ass't Federal Defender
                                     Tel.: (212) 417-8737

cc.   All counsel of record, by ECF
      Francesca Tessier, U.S. Pretrial Officer, by e-mail
      Ariana Guzman-Garcia, U.S. Probation Officer, by e-mail