# Federal Defenders

## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 17, 2026

*By ECF*

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Jason Valdes and Nelson Torres Torres*, 25 Cr. 242 (LAP)

Dear Judge Preska:

I represent Nelson Torres Torres, and write on consent (Assistant U.S. Attorney Connie Dang and Donald Duboulay, Esq.) to respectfully request that the Court adjourn the trial in this matter – currently scheduled to begin on May 11, 2026, for a period of around 60 days.

I learned late last week that Nelson Torres Torres's 12-year-old daughter requires open-heart surgery. The surgery is expected to take place sometime in April (the family expects to learn the date of surgery on March 25, 2026), after which Mr. Torres Torres's daughter will have to remain in the hospital for about one week, and can then expect a long recovery period. Tragically, just a few years ago, Mr. Torres Torres's son died of a congenital heart condition when he was only 10 years old.

Given these difficult circumstances, Mr. Torres Torres is not in a position to assist with preparing for his trial or making other important decisions at this time, and I respectfully request that the Court adjourn the trial until after the surgery has been completed and Mr. Torres Torres' daughter is out of danger and on the road to recovery. (To be clear, without disclosing privileged information, I can represent that Mr. Torres Torres did not request that we move the trial date – we learned of this information only in connection with scheduling our next meeting with him. Having now spoken to him about his daughter's condition and observing its effect on him, it is clear to us that we cannot proceed at this time.)

The Government consents to a relatively brief adjournment, as does counsel for Mr. Valdes. All parties are available to begin trial on July 20, 2026 or July 27, 2026. If the Court is not available on these dates, the parties can confer about later dates more convenient for the Court.

Thank you for your consideration of this request.

Honorable Loretta A. Preska                                                          Page 2
March 17, 2026

Re:      *United States v. Valdes*, 25 Cr. 242 (LAP)

                                              Respectfully submitted,


                                              /s/ _____

                                              Martin S. Cohen
                                              Ass't Federal Defender
                                              Tel.: (212) 417-8737

cc.      All counsel of record, by ECF

                                              The trial is adjourned to Tuesday,
                                              July 28, 2026.

                                              **SO ORDERED.**

                                              _____
                                              Loretta A. Preska
                                              United States District Judge

                                              March 19, 2026